1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MOODY WOODROW TANKSLEY,

11              Plaintiff,                              No. CIV S-09-0193 EFB P

12         vs.

13   SALINAS VALLEY STATE PRISON, et al.,

14              Defendants.                             ORDER

15   _____/

16         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.

18         A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a

19   judicial district where any defendant resides, if all defendants reside in the same State, (2) a

20   judicial district in which a substantial part of the events or omissions giving rise to the claim

21   occurred, or a substantial part of property that is the subject of the action is situated, or (3) a

22   judicial district in which any defendant may be found, if there is no district in which the action

23   may otherwise be brought."  28 U.S.C. § 1391(b).

24         Here, most defendants are located in Monterey County, California and the claim arose in

25   Monterey County, California which is in the Northern District of California. 28 U.S.C. § 84(a).

26   ////

1    Therefore, in the interest of justice, this action is transferred to the United States District Court

2    for the Northern District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d

3    918, 932 (D.C. Cir. 1974).

4            So ordered.

5    DATED:  January 28, 2009.

6                                                    EDMUND F. BRENNAN
                                                     UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26